**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 783 MAL 2016
:
        Respondent : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
JAMIR WILLIAMS, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.